IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMY D. BURDETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-486-JPG |
| ) | |
| JENNIFER McCLOSKEY et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This Court having dismissed some of the claims and one defendant in this case in its ruling on plaintiff's motion to proceed *in forma pauperis* and the Court having dismissed the remainder of the claims for plaintiff's failure to prosecute,

**IT IS HEREBY ORDERED AND ADJUDGED** that Claims I through XV are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that all plaintiff Jimmy D. Burdette's claims against defendant Lisa Beatty Avery are **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that all plaintiff Jimmy D. Burdette's remaining claims in this case, those against defendants Jennifer McCloskey, Tom Cundiff, Mark Brown, John Doe and Chad Parks, are **DISMISSED WITHOUT PREJUDICE**.

DATE: January 11, 2007

**NORBERT G. JAWORSKI, CLERK**

s/Brenda K. Lowe
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
          **J. PHIL GILBERT**
          **U.S. District Judge**